# In the United States Court of Federal Claims

No. 21-1329C
Filed: May 26, 2021

**PAUL MARK DE LA O, JR.,** *pro se,*

    *Plaintiff,*

v.

**UNITED STATES,**

    *Defendant*.

## ORDER

    The plaintiff filed this complaint on April 30, 2021.  Because the complaint was unsigned, on May 7, 2021, the plaintiff was ordered to refile no later than June 4, 2021, a signed version of his complaint in compliance with Rule 11(a) of the Rules of the Court of Federal Claims ("RCFC").  The order, along with other administrative documents, was served on the plaintiff, who is proceeding *pro se*, by two separate mailings.  On May 25, 2021, the Postal Service returned the two mailings sent to the plaintiff.  Both were returned to the Clerk with the notation "Attempted Not Know Unable to Forward."

    Because the Court is unable to communicate with the plaintiff at the address provided by the plaintiff himself in his complaint, this action is **DISMISSED** without prejudice pursuant to RCFC 41(b).  The Clerk shall enter judgment accordingly.  No costs are awarded.

    It is so **ORDERED**.

                                                                   s/ Richard A. Hertling
                                                                   **Richard A. Hertling**
                                                                     **Judge**